UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 07 B 10688
    ANTHONY T JAMES
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
    SSN XXX-XX-6605
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/14/07 .

2. The case was dismissed without confirmation, 11/16/2007.

3. The Debtor paid a total of $   1442.60 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NAVY FEDERAL CU | SECURED VEHIC | .00 | .00 | 1404.66 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| ARON SALES & LEASE | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY INVESTMENTS | UNSECURED | NOT FILED | .00 | .00 |
| CONSUMER FINANCIAL SERVI | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GLEN FLORA DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| LEADING EDGE | UNSECURED | NOT FILED | .00 | .00 |
| NAVY FEDERAL CU | UNSECURED | NOT FILED | .00 | .00 |
| SENEX SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 1404.66 | .00 | .00 | .00 | 1404.66 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 1404.66 | .00 | .00 | .00 | 1404.66 |

The Debtor's attorney, HAROLD M SAALFELD           , was allowed $       .00
and was paid $        .00 .

The Trustee received $      37.94 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 02/11/08                      /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```